UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-62327-BLOOM/Valle

RACHEL JAFFE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff Rachel Jaffe's ("Plaintiff") Motion for Summary Judgment, ECF No. [20] ("Plaintiff's Motion"), and Defendant Commissioner of Social Security Administration's ("Defendant") Motion for Summary Judgment, ECF No. [23] ("Defendant's Motion"). In this case, Plaintiff seeks judicial review of a final decision of the Commissioner of the Social Security Administration, which denied Plaintiff's application for disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 401, *et seq*. *See* ECF No. [1].

This case was referred to the Honorable Alicia O. Valle, United States Magistrate Judge, consistent with Administrative Order 2021-7, for a ruling on all pre-trial, non-dispositive matters and report and recommendations on any dispositive matters, pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1. ECF Nos. [2], [19]. On November 2, 2022, Judge Valle issued a Report and Recommendations recommending that Plaintiff's Motion be denied, and that Defendant's Motion be granted. ECF No. [30] ("R&R"); *see* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy [of a report and recommendations], any party may serve and file

Case No. 20-cv-62327-BLOOM/Valle

written objections . . . as provided by rules of court."). To date, neither Plaintiff nor Defendant has filed any objections, nor have the parties requested additional time in which to do so.

Nevertheless, the Court has conducted a *de novo* review of the R&R, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct, and agrees with the analysis in the R&R.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [30]**, is **ADOPTED**;
2. Plaintiff's Motion, **ECF No. [20]**, is **DENIED**;
3. Defendant's Motion, **ECF No. [23]**, is **GRANTED**; and,
4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 17, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record